

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Eric Wells and People Need People, Inc. v. Grace Henry and People
                         Need People Residential Treatment Center

Appellate case number:   01-19-00233-CV

Trial court case number: 2015-52737

Trial court:             151st District Court of Harris County

　　　　The appellants, Eric Wells and People Need People, Inc., have filed a motion for rehearing.
The motion is DENIED.

　　　　It is so ORDERED.


Judge's signature:  ___/s/ Evelyn V. Keyes_____
　　　　　　　　　　　　　　　　Acting for the Court

Panel consist of Justices Keyes, Goodman, and Kelly.

Date:  ___October 10, 2019___